IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JESSYCA JERDON PATE, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v.   ] | No. 2:11-CV-322 |
| ] | |
| CLAUDE MANIS individually and ] | |
| d/b/a THE BURGER BAR, THE ] | |
| BURGER BAR, and ERIC RICE, ] | |
| ] | |
| Defendants. ] | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come the parties, Plaintiff Jessyca Jerdon Pate, Defendants Claude Manis and The Burger Bar, and Defendant Eric Rice, pursuant to Federal Rule of Civil Procedure No. 41(a)(1)(A)(ii) and stipulate the dismissal of this case with prejudice. Each party is responsible for its own attorneys' fees and costs.

Respectfully Submitted,

s/ C. R. DeVault, Jr.
CHARLTON R. DEVAULT, JR.
TN BPR #000428
102 Broad Street
Kingsport, Tennessee
(423) 246-3601
ATTORNEY FOR THE PLAINTIFF

1

s/Douglas T. Jenkins
Douglas T. Jenkins, BPR No. 17422
107 East Main Street, Suite 321
Rogersville, Tennessee 37857
(423)921-8800

ATTORNEY FOR DEFENDANT CLAUDE MANIS, INDIVIDUALLY AND D/B/A THE BURGER BAR, and
THE BURGER BAR


s/Troy L. Bowlin, II
Troy L. Bowlin, II, BPR No. 025893
400 West 1st North Street
Morristown, Tennessee 37814
(423)581-2667

ATTORNEY FOR DEFENDANT
ERIC SCOTT RICE


**CERTIFICATE OF SERVICE**


I certify that on June 30, 2013, the parties' Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.


s/ C. R. DeVault, Jr.